**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Education Works Inc.** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **22-3798916** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **990 Spring Garden Street** <br> **Suite 601** <br> **Philadelphia, PA 19123** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Philadelphia** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **educationworks.org** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: |

Debtor    **Education Works Inc.**                                    Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | | ☐ Yes. |

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

Debtor    **Education Works Inc.**                                    Case number (*if known*) _____
         _____
         Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☐    ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor      **Education Works Inc.**
Name                                                         Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Education Works Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2023**
MM / DD / YYYY

**X** **/s/ Marc Orlow, Esquire**                    **Marc Orlow, Esquire**
Signature of authorized representative of debtor       Printed name

Title    **Interim Board Chair**

---

**18. Signature of attorney**

**X** **/s/ Georgette Miller**                    Date **August 24, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Georgette Miller PA-86358 Michelle Lee**
Printed name

**Dilworth Paxson LLP**
Firm name

**1500 Market Street**
**Suite 3500E**
**Philadelphia, PA 19102**
Number, Street, City, State & ZIP Code

Contact phone    **856-323-1100**        Email address

**PA-86358 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Education Works Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **Corporate Resolution**
**Attached Addendums**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2023**          X **/s/ Marc Orlow, Esquire**
                                        Signature of individual signing on behalf of debtor

                                        **Marc Orlow, Esquire**
                                        Printed name

                                        **Interim Board Chair**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Education Works Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................................... $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................................. $      **3,570,193.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................... $      **3,570,193.00**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **2,483,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **1,012,175.77**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **1,463,058.70**

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b          $      **4,958,234.47**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name     **Education Works Inc.** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **checking** | **4975** | $0.00 |
| 3.2. | **PNC Bank** | **business checking plus** | **4081** | $0.00 |
| 3.3. | **TD Bank** | **checking** | **4357** | $0.00 |
| 3.4. | **TD Bank** | **checking (operating account)** | **4959** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Blackbaud Giving Fund Check** | $250.00 |
| 4.2. | **Blackbaud Giving Fund Check** | $400.00 |

Debtor    **Education Works Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

4.3.    **Employee Retention Check**                                                          $831,205.41

---

5.    **Total of Part 1.**                                                          | $831,855.41 |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **Possible deposits with landlords for various properties.**                    **Unknown**

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          | $0.00 |

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 324,317.00 | - | 0.00 | =.... | $324,317.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 428,819.00 | - | 0.00 | =.... | $428,819.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 301,218.00 | - | 0.00 | =.... | $301,218.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 627,701.00 | - | 0.00 | =.... | $627,701.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 355,000.00 | - | 0.00 | =.... | $355,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Education Works Inc.**                                    Case number *(If known)* _____
          Name

| 11b. Over 90 days old: | 62,128.00 | - | 0.00 | =.... | $62,128.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 70,360.00 | - | 0.00 | =.... | $70,360.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | $2,169,543.00 |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**various items at used store prices**<br>**tvs, furniture, fixtures all owned by EW, but**<br>**copiers/printers leases with fraser** | Unknown | | Unknown |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**

Debtor    **Education Works Inc.**
_____    Case number *(If known)* _____
Name

**communication systems equipment and software**
**various computers/office**
**equipment/phones/fitbit/7 apple watches**
**offsite and onsite**

| **laptop inventory list held by KPI.  24 chrome books accounted for at office employees still have phones/computer** | **Unknown** | **Unknown** |
|---|---|---|
| **Julia Hillengas - in possession of computers/phones/other equipment** | **Unknown** | **Unknown** |

42.　**Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.　**Total of Part 7.**　　　　　　　　　　　　　　　　　　　　　　　　| **$0.00** |
　　Add lines 39 through 42.  Copy the total to line 86.

44.　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　■ No
　　☐ Yes

45.　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

**Part 8:**　**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　■ No.  Go to Part 9.
　　☐ Yes Fill in the information below.

**Part 9:**　**Real property**

54. **Does the debtor own or lease any real property?**

　　■ No.  Go to Part 10.
　　☐ Yes Fill in the information below.

**Part 10:**　**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　☐ No.  Go to Part 11.
　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.　**Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.　**Internet domain names and websites** **educationworks.org** | **$0.00** | | **$0.00** |
| 62.　**Licenses, franchises, and royalties** | | | |
| 63.　**Customer lists, mailing lists, or other compilations** | | | |

| Debtor | **Education Works Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Donor list | | $0.00 | | Unknown |
|---|---|---|---|---|

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**employee retention tax credit
submitted 4/23 for all employees retained as of 1st and
3rd quarter of 2021.  Other funds may be pending but
require follow-up for remainder**

| Tax year | 2021 | $568,794.59 |
|---|---|---|

**employee retention tax credit
additional quarters may be available but not submitted.
A third party accounting firm submitted only for 1st/3rd
of 21. Certain conditions had to be met**

| Tax year | | Unknown |
|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Debtor | **Education Works Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**Julia Hillengas/PowerCorpPHL/City of
Philadelphia/unknown individuals
breach of duty of loyalty, breach of good faith dealings,
tortious interference with business, defamation
caused loss of contracts totaling over 8 million**

Unknown

| Nature of claim | **tortious interference, breach of
duty of loyalty, breach of good
faith dealings** |
|---|---|
| **Amount requested** | **$0.00** |

**Powercorp phl transfer -
EW paid Powercorp credit cards/bills/employees and
owed reimbursement from PowerCorp program**

Unknown

| Nature of claim | **setoff** |
|---|---|
| **Amount requested** | **$0.00** |

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.     **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$568,794.59**

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor  **Education Works Inc.** _____     Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $831,855.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,169,543.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $568,794.59 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,570,193.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,570,193.00 |

**Addendum**

**Schedule A/B Explanation**

**11. Accounts Receivable**

**Mayor's Office of Civic Engagement/City of Philadelphia**

Dispute with Pennserve over payment. Corrective Action Plan ("CAP") submitted timely but Executive Director failed to reply to calls. Received a letter that CAP was not adequate without any explanation and advised that Pennserve would deal with City exclusively.

**Philadelphia Works**

Declined to pay approved funds because of issues related to PennServe. Additional receivables require preparation and submission.

**PCCD Anti-Violence**

Amounts owed potentially exceed $627,701.00 or more.  Additional receivables require preparation and submission. $800,000 dispute over reimbursable funds and which contract reimbursements should be made.

**72. Other Cash Equivalents**

**Employee retention tax credit:** Anticipated a check for 1.4 million, but only $831,205.41 received. Trustee should inquire about the status of the remainder. Funds for additional years should be applied for.

**75. Other contingent & unliquidated claims**

**Julia Hillengas/PowerCorpPHL/City of Philadelphia/unknown individuals:** breach of duty of loyalty, breach of good faith dealings, tortious interference with business, defamation that caused loss of contracts and/or grants totaling over 8 million.

Hillengas formed PowerCorpPHL on 12/28/2022 without the knowledge of Education Works. Hillengas used an address for a property leased by Education Works and took over the leased premises without Education Works knowledge.

**Fill in this information to identify the case:**

Debtor name **Education Works Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **Reinvestment Fund**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Over 90 days old: Mayor's Office of Civic Engagement/City of Philadelphia**<br><br>**This asset may be more or less than the estimated current value. Debtor reserves the right to amend.**<br>**See addendum** | **$2,483,000.00** | **$428,819.00** |

**1700 Market Street**
**Philadelphia, PA 19103**
Creditor's mailing address

Describe the lien
**UCC**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9600**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,483,000.00**

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Peter Elliot**<br>**1717 Arch Street**<br>**Suite 400**<br>**Philadelphia, PA 19103** | Line __2.1__ | |

Debtor    **Education Works Inc.**
          <sub>Name</sub>

Case number (*if known*)    _____

**Tarik Brooks**
**Greenberg Traurig LLP**
**1717 Arch Street**
**suite 400**
**Philadelphia, PA 19103**

Line   **2.1**

**Fill in this information to identify the case:**

Debtor name      **Education Works Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **Aaron Coleman** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $743.75 | $743.75 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address **Aaron Townson 2718 S Sheridan St Philadelphia, PA 19148** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,800.00 | $1,800.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number **2742** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |  |  |

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,828.00 | $2,828.00

**Abigail Torres**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,640.16 | $10,640.16

**Adrian McGill**
**524 Wartman St**
**Philadelphia, PA 19128**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,362.50 | $1,362.50

**Ahmad Shubert**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 | $650.00

**Ahzhay Jackson**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor   **Education Works Inc.**
　　　　　Name

Case number (*if known*)

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,784.00 | $4,784.00 |

**2.7** | Priority creditor's name and mailing address
**Alana Cooper-Russ**
**500 Chews Landing Road**
**Clementon, NJ 08021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,784.00   $4,784.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2107**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**Alex Hernandez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$837.50   $837.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**Alexander Bermudez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,525.00   $2,525.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**Alexis Gonzalez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,525.00   $2,525.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,678.19 | $5,678.19 |
|---|---|---|---|---|

**Ali Martinez**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,710.03 | $7,710.03 |
|---|---|---|---|---|

**Alijandrina Martinez**
**4850 D Street**
**Philadelphia, PA 19120**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2097**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,166.69 | $0.00 |
|---|---|---|---|---|

**Allisa Lopez**
**4801 N 10th Street**
**Philadelphia, PA 19141**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $950.00 |
|---|---|---|---|---|

**Andy Martinez**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor    **Education Works Inc.** _____    Case number (*if known*) _____
        Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.75 | $593.75 |
|---|---|---|---|---|

**Angel Layes**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,914.00 | $1,914.00 |
|---|---|---|---|---|

**Anjanett Reese
1116 E Mt Airy Ave, Apt c7
Philadelphia, PA 19150**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2588**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,516.00 | $2,516.00 |
|---|---|---|---|---|

**Anthony Maldonado**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|---|---|---|---|---|

**Anthony Odom Jr**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

Debtor   **Education Works Inc.** _____   Case number (if known) _____
                        Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|---|---|---|---|---|

**Anthony Turner JR**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____   Basis for the claim: _____

Last 4 digits of account number _____   Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,640.16 | $10,640.16 |
|---|---|---|---|---|

**Antoinette Chambliss**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____   Basis for the claim: _____

Last 4 digits of account number _____   Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|---|---|---|---|---|

**Anton Jackson**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____   Basis for the claim: _____

Last 4 digits of account number _____   Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,203.13 | $1,203.13 |
|---|---|---|---|---|

**Antwan Youngbey**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____   Basis for the claim: _____

Last 4 digits of account number _____   Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Debtor    **Education Works Inc.** _____    Case number *(if known)* _____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|---|---|---|---|---|
| | **Asher Robinson** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,516.00 | $2,516.00 |
|---|---|---|---|---|
| | **Ashleigh Marshall** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,560.00 | $5,560.00 |
|---|---|---|---|---|
| | **AShley Pearsall** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $968.75 | $968.75 |
|---|---|---|---|---|
| | **Ashly Seawright** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

Debtor    **Education Works Inc.**                                                    Case number (if known)
_____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,625.00 | $1,625.00 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|
|      | **Basheer Hairston** | Check all that apply. | | |
|      | | ☐ Contingent | | |
|      | | ☐ Unliquidated | | |
|      | | ☐ Disputed | | |
|      | Date or dates debt was incurred | Basis for the claim: | | |
|      | Last 4 digits of account number | Is the claim subject to offset? | | |
|      | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
|      | | ☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,466.13 | $2,466.13 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|
|      | **Bashir Boulton** | Check all that apply. | | |
|      | | ☐ Contingent | | |
|      | | ☐ Unliquidated | | |
|      | | ☐ Disputed | | |
|      | Date or dates debt was incurred | Basis for the claim: | | |
|      | Last 4 digits of account number | Is the claim subject to offset? | | |
|      | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
|      | | ☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|
|      | **Branden Gordan** | Check all that apply. | | |
|      | | ☐ Contingent | | |
|      | | ☐ Unliquidated | | |
|      | | ☐ Disputed | | |
|      | Date or dates debt was incurred | Basis for the claim: | | |
|      | Last 4 digits of account number | Is the claim subject to offset? | | |
|      | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
|      | | ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|
|      | **brandon watts** | Check all that apply. | | |
|      | | ☐ Contingent | | |
|      | | ☐ Unliquidated | | |
|      | | ☐ Disputed | | |
|      | Date or dates debt was incurred | Basis for the claim: | | |
|      | Last 4 digits of account number | Is the claim subject to offset? | | |
|      | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
|      | | ☐ Yes | | |

| Debtor | **Education Works Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,216.75 | $2,216.75 |
|---|---|---|---|---|
| | **Brenda Johnson** | Check all that apply. | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|
| | **Brennan Schmidt** | Check all that apply. | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|
| | **Brian Davis**<br>**641 Kerper St**<br>**Philadelphia, PA 19111** | Check all that apply. | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number **2660** | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,768.00 | $2,768.00 |
|---|---|---|---|---|
| | **Briani Buxton** | Check all that apply. | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Education Works Inc.**
_____    Case number _(if known)_ _____
Name

| | 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,142.00 | $2,142.00 |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,142.00 | $2,142.00 |

**Brianna Bey
1260 Kerper St
Philadelphia, PA 19111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2048**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,020.00 | $3,020.00 |

**Brianna Lopez Popote**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,705.00 | $2,705.00 |

**Caleb Gravely**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,464.00 | $1,464.00 |

**Camerin Williams
4061 Powelton Ave
Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2184**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Education Works Inc.**
_____    Case number (if known) _____
Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |

2.39  Priority creditor's name and mailing address

**Camiren Williams**

As of the petition filing date, the claim is:    $2,525.00    $2,525.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

2.40  Priority creditor's name and mailing address

**Carlos Alvarez**

As of the petition filing date, the claim is:    $10,640.16    $10,640.16
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

2.41  Priority creditor's name and mailing address

**Carmen Nieves-Dorvil**

As of the petition filing date, the claim is:    $2,705.75    $2,705.75
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

2.42  Priority creditor's name and mailing address

**Caseem McNair**

As of the petition filing date, the claim is:    $83.50    $83.50
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| Debtor | Education Works Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,897.47 | $5,897.47 |
|---|---|---|---|---|
| | **Cassius Cohen** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,120.00 | $3,120.00 |
|---|---|---|---|---|
| | **Celeste Peterson** | Check all that apply. | | |
| | **1329 N 60th** | ☐ Contingent | | |
| | **Philadelphia, PA 19151** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2569** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,116.69 | $6,116.69 |
|---|---|---|---|---|
| | **Charlene Newbill** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,553.16 | $8,553.16 |
|---|---|---|---|---|
| | **Cheryl McFadden** | Check all that apply. | | |
| | **1504 E Duval Street** | ☐ Contingent | | |
| | **Philadelphia, PA 19138** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2246** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

Debtor    **Education Works Inc.**
_____
Name
Case number _(if known)_ _____

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,737.50 | $1,737.50 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Christian Sullivan=Pelzer**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,550.00 | $1,550.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Christopher Ocasio Skerrett**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,769.17 | $0.00 |
|------|-----------------------------------------------|-----------------------------------------------|------------|-------|

**Claire Allamby**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.75 | $668.75 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Conway Wiltshire**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Education Works Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,306.25 | $1,306.25 |
|---|---|---|---|---|

**Dahnek Milliner**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,359.22 | $6,359.22 |
|---|---|---|---|---|

**Dana Griffith**
**549 E Maryland Street**
**Philadelphia, PA 19144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2566**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,015.00 | $15,150.00 |
|---|---|---|---|---|

**Daniel Lawson**
**731 Manton St**
**Philadelphia, PA 19147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2046**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $950.00 |
|---|---|---|---|---|

**Daquan Eaddy**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Education Works Inc.**

Case number (*if known*)

Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,738.80 | $1,738.80 |
|------|-----------|-----------|-----------|-----------|

**Darlell Jones**
**5322 N Pulaski Ave, Apt B**
**Philadelphia, PA 19144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2591**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,860.00 | $3,860.00 |
|------|-----------|-----------|-----------|-----------|

**Darryl Ford**
**7912 Michener Avenue**
**Philadelphia, PA 19150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2153**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.00 | $1,350.00 |
|------|-----------|-----------|-----------|-----------|

**David Dickerson**
**4019 Markland Street**
**Philadelphia, PA 19124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2596**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,115.40 | $12,115.40 |
|------|-----------|-----------|-----------|-----------|

**Dawn Johnsn**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Education Works Inc.**

Case number *(if known)*

Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|------|---|---|---|---|

**Deborah Robinson**
**2519 S Ashford Street**
**Philadelphia, PA 19153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2005**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,116.69 | $6,116.69 |
|------|---|---|---|---|

**Demetrics McGhee**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|------|---|---|---|---|

**Denzel Johnson**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,240.00 | $4,240.00 |
|------|---|---|---|---|

**Destiny Lewis**
**881 N Farson St**
**Philadelphia, PA 19139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2013**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **Education Works Inc.**                                          Case number (if known)
_____
         Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,382.40 | $13,382.40 |

Priority creditor's name and mailing address

**Devin Hamilton**
**5110 Pulaski Ave**
**Philadelphia, PA 19144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2646**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.64 |

Priority creditor's name and mailing address

**Devonte Grant**

As of the petition filing date, the claim is:          $3,031.25   $3,031.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.65 |

Priority creditor's name and mailing address

**Dominic Speach**

As of the petition filing date, the claim is:          $6,705.55   $6,705.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.66 |

Priority creditor's name and mailing address

**Donna Williams-Griffin**

As of the petition filing date, the claim is:          $7,153.70   $7,153.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Education Works Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.50 | $762.50 |
|---|---|---|---|---|
| | **Dwayne Graham** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,965.50 | $1,965.50 |
|---|---|---|---|---|
| | **Edwin Murchison Jr** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.00 | $1,175.00 |
|---|---|---|---|---|
| | **Edwom Soler III** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,516.00 | $2,516.00 |
|---|---|---|---|---|
| | **Eli Perez** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Debtor    **Education Works Inc.**                                          Case number *(if known)*
_____          _____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,516.00 | $2,516.00 |
|---|---|---|---|---|
| | **Elijah Pagan** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,823.13 | $2,823.13 |
|---|---|---|---|---|
| | **Ella Combs** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,327.00 | $2,327.00 |
|---|---|---|---|---|
| | **Erica Kane** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,205.00 | $2,205.00 |
|---|---|---|---|---|
| | **Erica Wade**<br>**210 N 9th Street**<br>**Darby, PA 19023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Education Works Inc. | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| | | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|

**2.75**

Priority creditor's name and mailing address
**Ethan Smith**
**4142 N. Darien St**
**Philadelphia, PA 19140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,184.00     $2,184.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2556**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.76**

Priority creditor's name and mailing address
**Event Morris**
**7167 Glenloch St**
**Philadelphia, PA 19135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,639.00     $2,639.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2655**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.77**

Priority creditor's name and mailing address
**Fatimah Cahoon**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,525.00     $2,525.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.78**

Priority creditor's name and mailing address
**Frank Rivera**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,250.00     $1,250.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Education Works Inc.** _____ Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.79 | Priority creditor's name and mailing address<br>**Gentris Jointe** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$8,136.32    $8,136.32

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address<br>**George Dorsey** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$5,315.74    $5,315.74

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address<br>**Geraldy Gomez Urena** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$2,516.00    $2,516.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address<br>**Germinha Gabriel**<br>**1720 Bleigh Avenue**<br>**Philadelphia, PA 19111** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$2,143.80    $2,143.80

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2128**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Education Works Inc.** _____   Case number (*if known*) _____
       Name

| 2.83 | Priority creditor's name and mailing address<br>**Ghandi Powell** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,224.63** | **$2,224.63** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address<br>**Gloria Alexander** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,306.00** | **$2,306.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address<br>**Greg Smith** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,250.00** | **$11,250.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address<br>**Gregory DeLozier**<br>**417 Fordham Rd**<br>**Woodbury Heights, NJ 08097** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,119.74** | **$15,150.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2781**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Education Works Inc.** _____    Case number (if known) _____

Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,063.26 | $7,063.26 |
|---|---|---|---|---|

**Haydeelin Martinez De Jesus**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,944.00 | $6,944.00 |
|---|---|---|---|---|

**Hiram Joseph**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,090.85 | $5,090.85 |
|---|---|---|---|---|

**Ian Ross**
**297 Horton Road**
**Newtown Square, PA 19073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1996**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,980.25 | $2,980.25 |
|---|---|---|---|---|

**Ikia Phelps**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Education Works Inc.**

Name

Case number *(if known)*

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,600.00 | $2,600.00 |
|------|---|---|---|---|

**Inaya Badie**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,236.29 | $11,236.29 |
|------|---|---|---|---|

**Isaac Roman**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,298.13 | $2,298.13 |
|------|---|---|---|---|

**Jacqueline Briggs**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,031.25 | $3,031.25 |
|------|---|---|---|---|

**Jade Fox**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    **Education Works Inc.** _____    Case number *(if known)* _____
　　　　　Name

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|---|---|---|---|---|

**Jaguar Patterson**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,118.75 | $1,118.75 |
|---|---|---|---|---|

**Jahquill Brown-Watson**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,380.00 | $3,380.00 |
|---|---|---|---|---|

**Jaiden Liggett**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|---|---|---|---|---|

**Jaleel Harley**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Education Works Inc.**
Name

Case number *(if known)*

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.64 | $556.64 |
|---|---|---|---|---|
| | **Jaleel Williford** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,343.50 | $1,343.50 |
|---|---|---|---|---|
| | **James Burke** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,720.99 | $8,720.99 |
|---|---|---|---|---|
| | **James Plewes** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,137.00 | $1,137.00 |
|---|---|---|---|---|
| | **Jamil Johnson** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,230.79 | $15,150.00 |
|---|---|---|---|---|

**Jamil Rivers**
**429 School House Rd**
**Williamstown, NJ 08094**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 | $2,100.00 |
|---|---|---|---|---|

**Jamil Williams**
**3056 N Swanson St**
**Philadelphia, PA 19134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2670**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,823.99 | $6,823.99 |
|---|---|---|---|---|

**Jaribel James**
**7903 Gilbert Street**
**Philadelphia, PA 19150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**back wages**

Last 4 digits of account number **1838**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,878.64 | $10,878.64 |
|---|---|---|---|---|

**Jasmine Oglesby**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Education Works Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.107** | Priority creditor's name and mailing address
**Jaydrian Calzadilla**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,020.00    $3,020.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.108** | Priority creditor's name and mailing address
**Jazmyn Bladen**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,525.00    $2,525.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.109** | Priority creditor's name and mailing address
**Jeffery Woodard**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,100.00    $1,100.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.110** | Priority creditor's name and mailing address
**Jeffrey Williams Jr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$875.00    $875.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

**2.111** | Priority creditor's name and mailing address
**Jenae Washington**
**128 S 54th St Apt B**
**Philadelphia, PA 19139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,531.00      $6,531.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2557**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.112** | Priority creditor's name and mailing address
**Jennifer Cedeno Aquino**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,516.00      $2,516.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.113** | Priority creditor's name and mailing address
**Jevon Laguerre**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$83.75      $83.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.114** | Priority creditor's name and mailing address
**Jewel Scott**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$593.75      $593.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Education Works Inc.**                                    Case number *(if known)*
_____
Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,025.00 | $1,025.00 |
|---|---|---|---|---|

2.115    Priority creditor's name and mailing address

**John Valdivia Moreno**

As of the petition filing date, the claim is:    $1,025.00    $1,025.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.116    Priority creditor's name and mailing address

**John White**

As of the petition filing date, the claim is:    $6,116.69    $6,116.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.117    Priority creditor's name and mailing address

**John Williams**
**1522 S Patton Street**
**Philadelphia, PA 19146**

As of the petition filing date, the claim is:    $12,503.12    $12,503.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.118    Priority creditor's name and mailing address

**Joseph Beideman Jr**

As of the petition filing date, the claim is:    $1,456.00    $1,456.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Education Works Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,664.00 | $11,664.00 |
|---|---|---|---|---|
| | **Joseph Johnson** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No

☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,876.00 | $15,150.00 |
|---|---|---|---|---|
| | **Julia Hillengas** | Check all that apply. | | |
| | **5128 Larchwood Avenue** | ☐ Contingent | | |
| | **Philadelphia, PA 19143** | ☐ Unliquidated | | |
| | | ☑ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number **2452**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☐ No

☑ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.00 | $1,062.00 |
|---|---|---|---|---|
| | **Julius Clark** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No

☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,236.50 | $2,236.50 |
|---|---|---|---|---|
| | **June Gredic-Almond** | Check all that apply. | | |
| | **1426 S 31st Street** | ☐ Contingent | | |
| | **Philadelphia, PA 19146** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number **2006**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No

☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.123** Priority creditor's name and mailing address
**Justice Goldsmith**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,962.50   $1,962.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.124** Priority creditor's name and mailing address
**Kalef Jones**
**4516 N Camac St**
**Philadelphia, PA 19140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,624.53   $6,624.53

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2829**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.125** Priority creditor's name and mailing address
**Kasir Spearman**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,525.00   $2,525.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.126** Priority creditor's name and mailing address
**Keanan Flood**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,525.00   $2,525.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.127** | Priority creditor's name and mailing address
**Kelly Wilson**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,382.00**    **$1,382.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.128** | Priority creditor's name and mailing address
**Kenya Baldwin**
**6304 Ogontz Ave**
**Philadelphia, PA 19141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,824.00**    **$10,824.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2571**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.129** | Priority creditor's name and mailing address
**Kenya Hamilton**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,739.13**    **$2,739.13**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.130** | Priority creditor's name and mailing address
**Kenzie Bornstein**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,440.00**    **$3,440.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|---|---|---|---|---|

**Keshaun Glover**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,070.00 | $1,070.00 |
|---|---|---|---|---|

**Kevin Brown**
**6004 Nassau Road**
**Philadelphia, PA 19151**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number **2558**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $950.00 |
|---|---|---|---|---|

**Khalil Green**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,773.00 | $5,773.00 |
|---|---|---|---|---|

**Khaneshia Gredic**
**1426 S 31st St**
**Philadelphia, PA 19146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number **2536**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Education Works Inc.**

Name

Case number (if known)

| | | | |
|---|---|---|---|
| 2.135 | Priority creditor's name and mailing address<br>**Kimberly Hunter**<br>**1906 Foulkrod Place**<br>**Philadelphia, PA 19124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,872.00    $1,872.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2009**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.136 | Priority creditor's name and mailing address<br>**Kristina Way**<br>**1222 W Tucker Street**<br>**Philadelphia, PA 19133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,194.50    $2,194.50 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1998**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.137 | Priority creditor's name and mailing address<br>**Labrina Brown**<br>**3541 N 19th St**<br>**Philadelphia, PA 19140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,200.00    $5,200.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2570**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.138 | Priority creditor's name and mailing address<br>**Larbina Brown** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,010.00    $5,010.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Education Works Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,846.50 | $3,846.50 |

**Latif Burnett**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,031.25 | $3,031.25 |

**Latifah Douglas**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,803.70 | $9,803.70 |

**Latoria Williams-Anderson**
**7332 Briar Road**
**Philadelphia, PA 19138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2058**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,980.50 | $1,980.50 |

**Lillie Lewis**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,699.45 | $2,699.45 |
|---|---|---|---|---|

**Linda Pierce**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,483.54 | $4,483.54 |
|---|---|---|---|---|

**Lisa Williams**
**231 N Paxon St**
**Philadelphia, PA 19139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2288**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 | $650.00 |
|---|---|---|---|---|

**Lisair Scott**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,211.50 | $2,211.50 |
|---|---|---|---|---|

**Mabel Harrell**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,492.80 | $0.00 |
|---|---|---|---|---|
| | **Marcus Bradford**<br>**250 Virginia Ave**<br>**folsom, PA 19033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2538** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,904.50 | $2,904.50 |
|---|---|---|---|---|
| | **Marcus Mitchell** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,625.00 | $1,625.00 |
|---|---|---|---|---|
| | **Marcus Wilson** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $593.70 | $593.70 |
|---|---|---|---|---|
| | **Mark Williams** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor    **Education Works Inc.**
_____
Name

Case number *(if known)* _____

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,903.06 | $1,903.06 |
|---|---|---|---|---|

**Markesha Miler**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | | $1,231.25 | $1,231.25 |
|---|---|---|---|---|

**Marquan Williams**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | | $9,845.00 | $9,845.00 |
|---|---|---|---|---|

**Matthew Woodruff**
**263 E Meehan Avenue**
**Philadelphia, PA 19119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2040**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | | $5,289.75 | $5,289.75 |
|---|---|---|---|---|

**Maurice Cosby**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Education Works Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,525.00** | **$2,525.00** |
|---|---|---|---|---|
| | **Mecca Betrand** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,301.65** | **$7,301.65** |
|---|---|---|---|---|
| | **Megan Spivey** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,176.90** | **$6,176.90** |
|---|---|---|---|---|
| | **Melinda Sanchez** **2107 Prior Road, Apt E** **Wilmington, DE 19809** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1999** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,385.20** | **$3,385.20** |
|---|---|---|---|---|
| | **Micealla Antoine** **5726 N Howard Street** **Philadelphia, PA 19120** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2101** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Education Works Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,036.00 | $8,036.00 |
|---|---|---|---|---|

**Michael Cappon**
**206 Station Ave**
**Glenside, PA 19038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2004**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,500.00 | $6,500.00 |
|---|---|---|---|---|

**Michael Herrmann**
**105 E Olive Street**
**Westville, NJ 08093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1996**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.50 | $1,062.50 |
|---|---|---|---|---|

**Michael Mickens**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,075.00 | $2,075.00 |
|---|---|---|---|---|

**Miguel Cruz-Ortiz**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor      **Education Works Inc.**

Name _____      Case number *(if known)* _____

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,118.75 | $1,118.75 |
|---|---|---|---|---|

**Mikal Billups**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,004.30 | $15,150.00 |
|---|---|---|---|---|

**Miles Wilson (Estate of)**
**c/o Stephanie Tryce**
**718 E Vernon Road**
**Philadelphia, PA 19119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,332.25 | $2,332.25 |
|---|---|---|---|---|

**Myliah Logan**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|

**Nadir Bryant-Brown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Education Works Inc.**

Name    Case number *(if known)*

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,739.00 | $1,739.00 |
|---|---|---|---|---|

**Nafisa Owens**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|

**Nahfees LEvine**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.75 | $593.75 |
|---|---|---|---|---|

**Najee Bilaal**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,250.00 | $2,250.00 |
|---|---|---|---|---|

**Nakeil Green**
**227 N Paxon St**
**Philadelphia, PA 19139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2695**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Education Works Inc.**
_____
Name

Case number (*if known*) _____

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,525.00 | $2,525.00 |
|---|---|---|---|---|

**Nasir Abdulshaheed**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,657.75 | $2,657.75 |
|---|---|---|---|---|

**natanjah Harvey**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,116.69 | $6,116.69 |
|---|---|---|---|---|

**Nathali Raymon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,135.87 | $4,135.87 |
|---|---|---|---|---|

**Nekisha Walters**
**1008 S 48th Street**
**Philadelphia, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**back wages**

Last 4 digits of account number **1875**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    **Education Works Inc.**
          _____
          Name

Case number (*if known*) _____

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.75 | $593.75 |
|---|---|---|---|---|

**Omar Colon**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,554.25 | $2,554.25 |
|---|---|---|---|---|

**Pamela Gray**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,557.50 | $2,557.50 |
|---|---|---|---|---|

**Patricia Hamilton**
**6719 N 4th St**
**Philadelphia, PA 19126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2688**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,812.50 | $1,812.50 |
|---|---|---|---|---|

**Paul Saunders**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Education Works Inc.**                                           Case number *(if known)*
_____
Name

| 2.179 | Priority creditor's name and mailing address<br>**Pedro Soto** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,586.32** | **$6,586.32** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.180 | Priority creditor's name and mailing address<br>**Peta-Gaye Bullock** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,557.68** | **$6,557.68** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.181 | Priority creditor's name and mailing address<br>**Precious Thompson** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,804.75** | **$2,804.75** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.182 | Priority creditor's name and mailing address<br>**Preyton Lambert-Barefield** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,362.50** | **$1,362.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Education Works Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,796.00 | $1,796.00 |
|---|---|---|---|---|

**Quisean Barnes**
**2207 W Sedgley Ave**
**Philadelphia, PA 19132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2611**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.75 | $593.75 |
|---|---|---|---|---|

**Rashawn Jones**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $856.25 | $856.25 |
|---|---|---|---|---|

**Rasheed Lewis**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.00 | $2,525.00 |
|---|---|---|---|---|

**Rasheedah Roane**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.187**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,090.13 | $9,090.13 |
|---|---|---|---|
| **Renee Stewart** | Check all that apply. | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.188**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,712.88 | $2,712.88 |
|---|---|---|---|
| **Renelda Dykes** | Check all that apply. | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.189**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,957.62 | $4,957.62 |
|---|---|---|---|
| **Richard Amoako** | Check all that apply. | | |
| **4226 Pine St, Apt 3f** | ☐ Contingent | | |
| **Philadelphia, PA 19104** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.190**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,043.75 | $1,043.75 |
|---|---|---|---|
| **Richard Lebron** | Check all that apply. | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Debtor    **Education Works Inc.**                                      Case number (if known)
_____
Name

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,505.50 | $2,505.50 |
|---|---|---|---|---|

**Robin Holloway**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,347.87 | $6,347.87 |
|---|---|---|---|---|

**Romeo McCloud**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,820.50 | $2,820.50 |
|---|---|---|---|---|

**Sabria Banks**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,031.25 | $3,031.25 |
|---|---|---|---|---|

**Sahmir Milliner**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Education Works Inc.**                                    Case number (*if known*)

Name

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,116.69 | $6,116.69 |
|---|---|---|---|---|
| | **Sametta Miller** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.75 | $593.75 |
|---|---|---|---|---|
| | **Samir Corbin** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,516.00 | $2,516.00 |
|---|---|---|---|---|
| | **Saul Luna** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,384.65 | $10,384.65 |
|---|---|---|---|---|
| | **Scott Lasley** | *Check all that apply.* | | |
| | **4564 Fleming Street** | ☐ Contingent | | |
| | **Philadelphia, PA 19128** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number **2466**       Is the claim subject to offset?

Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address **Selena Martinez** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,525.00 | $2,525.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address **Selena Thoronka** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,810.00 | $2,810.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address **Seliena Gonzalez** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,100.00 | $1,100.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address **Serena Justice-Smith** **5724 Warrington Ave** **Philadelphia, PA 19143** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,068.50 | $2,068.50 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2008**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Education Works Inc.**

Name

Case number (if known)

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,301.65 | $7,301.65 |
|---|---|---|---|---|

**Seth Henry Delozier**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,891.25 | $1,891.25 |
|---|---|---|---|---|

**Shakia Harvey**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,306.25 | $1,306.25 |
|---|---|---|---|---|

**Shakur James**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,031.25 | $3,031.25 |
|---|---|---|---|---|

**Shamar Mays**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.38 | $875.38 |
|---|---|---|---|---|
| | **Shameea Stewart** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,812.50 | $1,812.50 |
|---|---|---|---|---|
| | **Shamir Boddie** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,116.69 | $6,116.69 |
|---|---|---|---|---|
| | **Shanaya Shoats** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,906.25 | $1,906.25 |
|---|---|---|---|---|
| | **Shane Armstrong** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Debtor    **Education Works Inc.**    Case number *(if known)*
Name

| | | |
|---|---|---|
| **2.211** Priority creditor's name and mailing address<br>**Shaquille McGriff** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,525.00**    **$2,525.00** |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.212** Priority creditor's name and mailing address<br>**Sharetta Savage**<br>**3838 N Franklin Street**<br>**Philadelphia, PA 19140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,401.46**    **$4,401.46** |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **1881**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.213** Priority creditor's name and mailing address<br>**Shelley Thomas**<br>**2101 S College Ave**<br>**Apt 319 Mariner Bldg**<br>**Philadelphia, PA 19121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,865.00**    **$9,865.00** |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **2087**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.214** Priority creditor's name and mailing address<br>**Shirah Gist** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,116.69**    **$6,116.69** |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor   **Education Works Inc.**

Name

Case number (if known)

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,031.25 | $3,031.25 |

**Siana Jordan-Naji**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,346.16 | $8,346.16 |

**Soledad Richards**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,031.25 | $3,031.25 |

**Spencer Osley**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,768.75 | $8,768.75 |

**Staci Price**
**314 Evergreen Drive**
**Newark, DE 19702**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2226**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor    **Education Works Inc.**
_____
Name

Case number (*if known*) _____

| | 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.50 | $1,062.50 |
|---|---|---|---|---|---|

**2.219**

Priority creditor's name and mailing address

**Taliyah Barnes**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,062.50     $1,062.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.220**

Priority creditor's name and mailing address

**Tamara Murray**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,153.81     $7,153.81

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.221**

Priority creditor's name and mailing address

**Terra Allen**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,525.00     $2,525.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.222**

Priority creditor's name and mailing address

**Terrick Carson**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,712.88     $2,712.88

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

| 2.223 | Priority creditor's name and mailing address<br>**Thurman Gravely** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,328.00 | $4,328.00 |
|-------|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.224 | Priority creditor's name and mailing address<br>**Tiara Sloan** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,508.46 | $3,508.46 |
|-------|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.225 | Priority creditor's name and mailing address<br>**Tiffaney Waters** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,407.00 | $14,407.00 |
|-------|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.226 | Priority creditor's name and mailing address<br>**Tiffany Hunley<br>1320 N 27th St<br>Philadelphia, PA 19121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,187.00 | $5,187.00 |
|-------|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2532** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Education Works Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**2.227** | Priority creditor's name and mailing address
**Tiffany Hunley**

| As of the petition filing date, the claim is: | **$2,867.75** | **$2,867.75** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address
**Tiffany Jones**
**811 Pearl St**
**Camden, NJ 08102**

| As of the petition filing date, the claim is: | **$4,784.00** | **$0.00** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2432**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address
**Torjia Karimu**

| As of the petition filing date, the claim is: | **$6,116.69** | **$6,116.69** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address
**Tyheer Smith**

| As of the petition filing date, the claim is: | **$2,525.00** | **$2,525.00** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Education Works Inc.**                                          Case number (if known)
_____
Name

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,712.88 | $2,712.88 |

**Tyjuan Harris**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                 Basis for the claim:

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                ☐ Yes

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,031.25 | $3,031.25 |

**Tylen Douglas**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                 Basis for the claim:

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                ☐ Yes

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,212.00 | $1,212.00 |

**Tyler Stone-Harrington**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                 Basis for the claim:

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                ☐ Yes

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,268.75 | $1,268.75 |

**Tysir Robinson Gary**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                 Basis for the claim:

Last 4 digits of account number                 Is the claim subject to offset?
Specify Code subsection of PRIORITY             ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                ☐ Yes

Debtor **Education Works Inc.**
Name

Case number *(if known)*

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,628.00 | $5,628.00 |

**Variece McPherson**
**4323 N 15th Street**
**Philadelphia, PA 19140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2502**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,744.00 | $5,744.00 |

**Virrencia Kearse**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,710.25 | $2,710.25 |

**Wajeedah Schoefield**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,999.95 | $6,999.95 |

**Waverly Harris**
**1122 Angora Dr**
**Lansdowne, PA 19050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2936**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Education Works Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.239** | Priority creditor's name and mailing address

**William Austin**

| As of the petition filing date, the claim is: | **$5,400.01** | **$5,400.01** |
|---|---|---|

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.240** | Priority creditor's name and mailing address

**William Barrera
1717 Olive Street
Reading, PA 19604**

| As of the petition filing date, the claim is: | **$8,120.70** | **$8,120.70** |
|---|---|---|

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2047**

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.241** | Priority creditor's name and mailing address

**William Ford**

| As of the petition filing date, the claim is: | **$856.25** | **$0.00** |
|---|---|---|

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.242** | Priority creditor's name and mailing address

**William Morrison**

| As of the petition filing date, the claim is: | **$2,828.38** | **$2,828.38** |
|---|---|---|

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | **Education Works Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,712.38 | $2,712.38 |
|---|---|---|---|---|

**Yasmine Montgomery**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,959.84 | $7,959.84 |
|---|---|---|---|---|

**Yvonne Bailey**
**502 S 2nd Street**
**Darby, PA 19023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2035**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.50 | $1,287.50 |
|---|---|---|---|---|

**Zachary Mendez**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,031.25 | $3,031.25 |
|---|---|---|---|---|

**Zadire Frazier**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Education Works Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,420.00 | $0.00 |
|---|---|---|---|---|

**Zaki Bounds**
**5511 Irving Street**
**Philadelphia, PA 19139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number **2642**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.00 |
|---|---|---|---|

**a1 the pros llc**
**508 Hoffman St**
**Philadelphia, PA 19148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  203A**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,650.00 |
|---|---|---|---|

**aaj design**
**124 N 3rd St**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0c22**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.00 |
|---|---|---|---|

**Academy of Natural Sciences**
**1900 Benjamin Franklin Pkwy**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4000**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,057.00 |
|---|---|---|---|

**AM trust North America**
**59 Maiden Lane 42nd Floor**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,397.00 |
|---|---|---|---|

**Ameriflex**
**7 Carnegie Plaza**
**#200**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2253,9751,0773**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**apex pizza**
**298 Levering Mill Rd**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred _

Last 4 digits of account number  **1223**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$342.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**Arthur Gallagher Risk Management**
**40 W Front St**
**Media, PA 19063**

Date(s) debt was incurred _

Last 4 digits of account number  **9910**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,302.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Arts and Crafts**
**601 Spring Garden St, stuie 500**
**Philadelphia, PA 19123**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address

**B&L janitorial services**
**915 Spring Garden St**
**Philadelphia, PA 19123**

Date(s) debt was incurred _

Last 4 digits of account number  **4739**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,212.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Beacon Hill Staffing Group**
**1835 Market St Unit 725**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number  **9440**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Bellevue Communications Group**
**200 S Broad St # 850**
**Philadelphia, PA 19102**

Date(s) debt was incurred _

Last 4 digits of account number  **3798**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,000.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**berks county community foundation**
**237 Court St**
**Reading, PA 19601**

Date(s) debt was incurred _

Last 4 digits of account number  **2023**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

| Debtor | Education Works Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.13** | **Nonpriority creditor's name and mailing address**
butterfly love consultations llc
225 E City Ave #16
Bala Cynwyd, PA 19004

Date(s) debt was incurred _

Last 4 digits of account number  1147

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,015.00**

---

**3.14** | **Nonpriority creditor's name and mailing address**
cambium carbon pbc
11 Dupont Cir Nw Ste 575
Washington, DC 20036

Date(s) debt was incurred _

Last 4 digits of account number  2201

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$91,943.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**
cedar advance
2917 Avenue I
Brooklyn, NY 11210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.16** | **Nonpriority creditor's name and mailing address**
chester county intermediate unit
455 Boot Rd.
Downingtown, PA 19335

Date(s) debt was incurred _

Last 4 digits of account number  2535

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,328.00**

---

**3.17** | **Nonpriority creditor's name and mailing address**
clay studio address
1425 N American Street
Philadelphia, PA 19122

Date(s) debt was incurred _

Last 4 digits of account number  2112

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$800.00**

---

**3.18** | **Nonpriority creditor's name and mailing address**
CloudFund LLC
187 Wolf Rd, Suite 101
Albany, NY 12205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  steve@peak-funding.com
CloudFund LLC / Delta Bridge Funding Account

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.19** | **Nonpriority creditor's name and mailing address**
comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number  0013

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$285.00**

---

| Debtor | Education Works Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,014.00**

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number  **8192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

copy products
101 E Township Line Rd
Upper Darby, PA 19082

Date(s) debt was incurred _

Last 4 digits of account number  **9476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

creative marketing alliance
191 Clarksville Rd
Princeton Junction, NJ 08550

Date(s) debt was incurred _

Last 4 digits of account number  **0021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,150.00**

crw graphics
9100 Pennsauken Hwy
Pennsauken, NJ 08110

Date(s) debt was incurred _

Last 4 digits of account number  **9773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

CubeSmart Self Storage
777 Mayfair Street
Philadelphia, PA 19124

Date(s) debt was incurred _

Last 4 digits of account number  **4471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **storage**
Sale Date 9/19/2023
email: store0549@cubesmart.com

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,587.00**

curalinc llc
314 W Superior St #601
Chicago, IL 60654

Date(s) debt was incurred _

Last 4 digits of account number  **3564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,592.00**

dba snelling
111 SPRINGHALL DR
Goose Creek, SC 29445

Date(s) debt was incurred _

Last 4 digits of account number  **2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
de lage landen
1111 Old Eagle School Rd
Wayne, PA 19087

Date(s) debt was incurred _

Last 4 digits of account number **6182**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$417.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**
Diana Cortes, City Solicitor
city of philadelphia legal department
1401 J.F.K. Blvd., 5th Floor
Philadelphia, PA 19102-1595

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.29** | **Nonpriority creditor's name and mailing address**
DocuVault
1395 Imperial Way
Paulsboro, NJ 08066

Date(s) debt was incurred _

Last 4 digits of account number **5903**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tina Leiby Sutomer Account Manager - tleiby@docuvaultdv.com**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.30** | **Nonpriority creditor's name and mailing address**
dynsasty

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.31** | **Nonpriority creditor's name and mailing address**
Electronic Security Solutions
5115 Campus Drive
Plymouth Meeting, PA 19462

Date(s) debt was incurred _

Last 4 digits of account number **8033**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,200.00**

---

**3.32** | **Nonpriority creditor's name and mailing address**
enterprise rent a car
600 Corporate Park Drive;
Saint Louis, MO 63105

Date(s) debt was incurred _

Last 4 digits of account number **4045**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22,000.00**

---

**3.33** | **Nonpriority creditor's name and mailing address**
fieldprint inc
12000 Commerce Pkwy #100,
Mount Laurel, NJ 08054

Date(s) debt was incurred _

Last 4 digits of account number **3813**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

| Debtor | Education Works Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,937.00**

**first contact HR**
**535 West Pennsylvania Ave. Suite 101**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4370**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,755.00**

**FMA Professional Resources Inc**
**1494 Old York Rd,**
**Abington, PA 19001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0896**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

**fraser advanced info systems**
**Three Bala Plaza West**
**251 St Asaphs Rd Suite 105W**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2004**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

**gallagher benefit services**
**100 Matsonford Road, Three, Radnor Corpo**
**Radnor Corporate Center Suite 100,**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9383**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,033.00**

**great america**
**4701 Great America Pkwy**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3555**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,796.00**

**Greater Philadelphia Chamber Commerce**
**200 South Broad Street Suite 700**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9313**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,600.00**

**Hanover Insurance Group**
**440 Lincoln Street;**
**Worcester, MA 01653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2023**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,500.00 |
|---|---|---|---|

**heart of the city inc**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,783.00 |
|---|---|---|---|

**independence blue cross**
**1901 Market Street**
**Philadelphia, PA 19103**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5820

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $547.00 |
|---|---|---|---|

**infoarmor inc**
**7350 N Dobson Rd #101**
**Scottsdale, AZ 85256**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6256

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**ink it digital corporation**
**836 South St 2nd floor**
**Philadelphia, PA 19147**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**irs**
**po box 7346**
**Philadelphia, PA 19101**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,760.00 |
|---|---|---|---|

**Jeme Consulting Group**
**7014 13TH AVENUE, SUITE 202**
**Brooklyn, NY 11228**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  9022

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,425.00 |
|---|---|---|---|

**Joyce Miller**
**One Penn Center**
**1617 JFK Blv #1010**
**Philadelphia, PA 19103**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5659

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address
**KPInterface**
477 N Lewis Rd
Unit 210
Royersford, PA 19468

Date(s) debt was incurred _

Last 4 digits of account number  8857

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  leased equipment

Is the claim subject to offset? ■ No  ☐ Yes

**$88,000.00**

---

**3.49** | Nonpriority creditor's name and mailing address
**Laura Solomon & Associates**
121 Sibley Ave.
Ardmore, PA 19003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,020.00**

---

**3.50** | Nonpriority creditor's name and mailing address
**Lenfest Enterprises**
676 E Swedesford Road, Ste 350B
Wayne, PA 19087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Loan

Is the claim subject to offset? ■ No  ☐ Yes

**$250,000.00**

---

**3.51** | Nonpriority creditor's name and mailing address
**LHH**
205 Newbury St., Suite. 303

Date(s) debt was incurred _

Last 4 digits of account number  0773

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,701.00**

---

**3.52** | Nonpriority creditor's name and mailing address
**Linton's Managed Service**
7979 State Rd.
Philadelphia, PA 19136

Date(s) debt was incurred _

Last 4 digits of account number  022A

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,221.00**

---

**3.53** | Nonpriority creditor's name and mailing address
**Margolis Edelstein**
170 S Inedependence Mall, W
Curtis Center, Suite 400E
Philadelphia, PA 19106

Date(s) debt was incurred  7/2023

Last 4 digits of account number  4002

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  legal services

Is the claim subject to offset? ■ No  ☐ Yes

**$1,007.50**

---

**3.54** | Nonpriority creditor's name and mailing address
**Miles Wilson (Estate of)**
c/o Stephanie Tryce
718 E Vernon Road
Philadelphia, PA 19119

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190,500.00**

---

| Debtor | Education Works Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,600.00**

**Milligan & Co**
**105 N 22nd st**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8528**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00**

**Mushyra Wright**
**212 Wright Avnue**
**Darby, PA 19023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **023A**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**New Jersey Department of Labor**
**1 John Fitch Plaza**
**Trenton, NJ 08625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8916**

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**New Jersey Office of Attorney General**
**Richard Hughes Justice Complex**
**25 Market St**
**po box 112**
**Trenton, NJ 08625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8916**

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**niche clinic**
**548 S 54th St Apt 2**
**Philadelphia, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **75**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**

**One America**
**103 Carnegie Center Dr # 315**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3121**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PA Department of Labor**
**Office of Chief Counsel**
**10th Floor**
**651 Boas St**
**Harrisburg, PA 17121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**
**PA State Collection & Disbursement Unit**
**po bx 69112**
**Harrisburg, PA 17106**

Date(s) debt was incurred _
Last 4 digits of account number  **9160**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Paycom Payroll LLC**
**7501 W. Memorial Rd**
**Oklahoma City, OK 73142**

Date(s) debt was incurred _
Last 4 digits of account number  **HB86**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,788.50**

---

**3.64**

**Nonpriority creditor's name and mailing address**
**Peter Winebrake**
**715 Twining Road, Suite 211**
**Dresher, PA 19025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **notice only**
**class action case 2:23 cv 02809**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Philadelphia Housing Authority Developme**
**1234 Market Street**
**Philadelphia, PA 19107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,233.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Philadelphia Insurance Companies**
**PO Box 70251**
**Philadelphia, PA 19176**

Date(s) debt was incurred _
Last 4 digits of account number  **1484**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,800.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Philadelphia Outward Bound**
**3401 Reservoir Drive**
**Philadelphia, PA 19121**

Date(s) debt was incurred _
Last 4 digits of account number  **2265**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,150.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Picasso Contracting LLC**
**618 E Durham St**
**Philadelphia, PA 19119**

Date(s) debt was incurred _
Last 4 digits of account number  **2823**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,350.00**

---

| Debtor | Education Works Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Pitney Bowes**
**Global Financial Services LLC**
**PO Box 371887**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number  **7789**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$435.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**PPI Benefit Solutions, Inc.**
**10 Research Pkwy Suite 200**
**Wallingford, CT 06492**

Date(s) debt was incurred _

Last 4 digits of account number  **3PPI**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,600.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**ready fresh by nestle**
**PO Box 856680**
**Louisville, KY 40285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**research for action**
**100 S Broad St #700**
**Philadelphia, PA 19110**

Date(s) debt was incurred _

Last 4 digits of account number  **orks**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85,250.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**salesforce.org**
**415 Mission Street, 3rd Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number  **2698**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**SAP Concur**
**601 108th Ave NE**
**Ste 1000**
**Bellevue, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number  **0552**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,014.70**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Smart Payables**
**12742 E Caley Ave, Suite 2c**
**Centennial, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,366.00 |
|---|---|---|---|

**solar states**
**1508 N American St**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6701

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**spring arts llc**
**601 Spring Garden St**
**Philadelphia, PA 19123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2000

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Staples Business Advantage**
**PO Box 70242**
**Philadelphia, PA 19176-0242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Barrett Esquire**
**1684 S Broad St, Ste 230**
**PO BOX 1479**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  notice only
represents estate of Miles Wilson

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,030.00 |
|---|---|---|---|

**TD Bank**
**1701 Marlton Pike E, Suite 200**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,418.00 |
|---|---|---|---|

**true screen inc**
**1105 Industrial Blvd**
**Southampton, PA 18966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2248

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**us attorneys office**
**615 chestnut street, 12th floor**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  notice only

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,131.00 |
|---|---|---|---|

**us medical staffing inc**
**1420 Walnut St Suite 1350**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1163**

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,000.00 |
|---|---|---|---|

**verizon wireless**
**1095 Avenue of the Americas**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6255**

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**vertical screen**
**Truescreen Inc**
**po box 1675**
**Southampton, PA 18966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1825**

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330.00 |
|---|---|---|---|

**vox net**
**400 Davis Drive, Ste 400**
**Plymouth Meeting, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,505.00 |
|---|---|---|---|

**your part-time controller**
**1500 Walnut St #1200**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1980**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amy Derstine**<br>**Senior Relationship VP**<br>**TD Bank**<br>**2005 Market St, 2nd Flr**<br>**Philadelphia, PA 19103** | Line  **3.80**<br><br>☐ Not listed. Explain ____ | **4959** |
| 4.2 | **C2C Resources**<br>**1455 Lincoln Pkwy E**<br>**Ste 550**<br>**Atlanta, GA 30346** | Line  **3.48**<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Education Works Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Cori Campbell** **Verizon Business group** **6929 N Lakewood Ave** **Tulsa, OK 74117** | Line **3.84** ☐ Not listed. Explain ____ | _ |
| 4.4 **David Delciotto, Bureau Investigator** **Dept Labor & Industry** **110 N 8th Street, Suite 203** **Philadelphia, PA 19107** | Line **2.105** ☐ Not listed. Explain ____ | _ |
| 4.5 **Kaityn Spehar** **Executive Director** **651 Boas St, Rm 1306** **Harrisburg, PA 17121** | Line **3.61** ☐ Not listed. Explain ____ | _ |
| 4.6 **Latoria Williams** **42 Ashmead Pl** **Philadelphia, PA 19144** | Line **2.141** ☐ Not listed. Explain ____ | _ |
| 4.7 **Picasso Contracting** **1215 B ST** **Wilmington, DE 19801** | Line **3.68** ☐ Not listed. Explain ____ | _ |
| 4.8 **Staples** **2134 Street Road** **Bensalem, PA 19020** | Line **3.78** ☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,012,175.77 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,463,058.70 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 2,475,234.47 |

**Fill in this information to identify the case:**

Debtor name    **Education Works Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — **lease of building** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Arts and Crafts** <br> **601 Spring Garden St, suite 500** <br> **Philadelphia, PA 19123** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest — **storage** <br><br> State the term remaining <br><br> List the contract number of any government contract | **CubeSmart Self Storage** <br> **777 Mayfair Street** <br> **Philadelphia, PA 19124** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest — **storage** <br><br> State the term remaining <br><br> List the contract number of any government contract | **DocuVault** <br> **1395 Imperial Way** <br> **Paulsboro, NJ 08066** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest — **leased equipment** <br><br> State the term remaining <br><br> List the contract number of any government contract | **fraser advanced info systems** <br> **Three Bala Plaza West** <br> **251 St Asaphs Rd Suite 105W** <br> **Bala Cynwyd, PA 19004** |

Debtor 1    **Education Works Inc.**                                                     Case number (*if known*) _____

     First Name       Middle Name       Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **2025** | **research for action**<br>**100 S Broad St #700**<br>**Philadelphia, PA 19110** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **leased equipment/phone service** | |
|---|---|---|---|
| | State the term remaining | | **verizon wireless**<br>**1095 Avenue of the Americas**<br>**New York, NY 10036** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Education Works Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name      **Education Works Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other  **unaudited grants/AR through 3/2023** | **$1,567,766.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **unaudited grants/accounts receivable** | **$3,013,461.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  **grants/accounts receivable** | **$2,115,065.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **promise to give receivable** | **$200,000.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Education Works Inc. | Case number (if known) | |
|---|---|---|---|

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Richards v. Education Works<br>2:23-cv-02809 | class action | US DC Eastern District of PA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Reinvestment Fund v Education Works<br>23001353 | Confession of Judgment | Philadelphia CCP | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    **Education Works Inc.**                                                    Case number *(if known)*

---

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dilworth Paxson LLP**<br>**1500 Market Street**<br>**Suite 3500E**<br>**Philadelphia, PA 19102** | **Attorney Fees** | **7/2023** | **$35,800.00** |
| | **Email or website address**<br>**lmcmichael@dilworthlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Education Works** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

Debtor    **Education Works Inc.**                                              Case number *(if known)*

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|----------------------------------------------------------------------------|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Student records**
**Employee HR information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|-----------------------------------------|----------------------------------|-------------------------------|-------------------------------------------------------|------------------------------------------|
| 18.1. | **Wells Fargo** | **XXXX-7403** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__ | **4/23** | **$0.00** |

Debtor   **Education Works Inc.**                                            Case number *(if known)* _____

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| cubesmart | unknown | school supplies, general physical items | ☐ No ■ Yes |
| docuvault | unknown | sensitive client documents, student records, participant records | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Jhalil Hardrick PO BOX 50221 Philadelphia, PA 19132 | dilworth vault | Returned Check for Wages | $64.12 |
| Children First PA 990 Spring Garden St 6th Floor Philadelphia, PA 19123 | dilworth vault | Possible Misdelivered check | $24.08 |
| Tech Bridge | 990 Spring Garden | Multiple Boxes by Front door of office. Should be returned to Tech Bridge | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | **Education Works Inc.** | Case number *(if known)* | |

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| 25.1.   **Education Works** | **non-profit, service learning, education/workforce development** | EIN:   **22-3798916**

From-To   **2001** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Joyce Miller & Associates
One Penn Center
1617 JFK Blv #1010
Philadelphia, PA 19103** | **7/22 to present** |
| 26a.2.   **your part-time controller
1500 Walnut St #1200
Philadelphia, PA 19102** | **2015-7/22** |
| 26a.3.   **Clifton Larson Allen** | **2022-2023** |
| 26a.4.   **Milligan & Company, LLC
105 N 22nd St
Philadelphia, PA 19103** | |

Debtor   **Education Works Inc.**                                        Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Milligan and Company, LLC**<br>**105 N 22nd St**<br>**Philadelphia, PA 19103** | **2019-2023** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Joyce Miller & Associates**<br>**one Penn Center**<br>**1617 JFK Blv #1010**<br>**Philadelphia, PA 19103** | **7/22 to present grant allocation & compliance** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Joyce Miller**<br>**One Penn Center**<br>**1617 JFK Blv #1010**<br>**Philadelphia, PA 19103** | |
| 26c.2.   **Milligan & Co**<br>**105 N 22nd st**<br>**Philadelphia, PA 19103** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Reinvestment Fund** |
| 26d.2.   **Other unknown entities** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Education Works Inc.** _____    Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Gregory Delozier** | | **VP President, Business Development** | **Furloughed/laid off 2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Miles Wilson** | | **President/CEO - deceased** | **end 2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Claire Allamby** | | **Chief Advancement Officer** | **Furloughed/laid off  2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Jamil Rivers** | | **CFO** | **Furloughed/laid off 2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Tiffany Waters** | | **Chief Operating Officer** | **Furloughed/laid off 2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Julia Hillengas** | **5128 Larchwood Avenue Philadelphia, PA 19143** | **Executive Director of PowerCorp** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Education Works Inc.**                                          Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2023**    _____

**/s/ Marc Orlow, Esquire** _____            **Marc Orlow, Esquire** _____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Interim Board Chair** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Education Works Inc.**                                          Case No. _____

                                                   Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **35,800** |
| Prior to the filing of this statement I have received | $ | **35,800** |
| Balance Due | $ | **0.00** |

2.   $ **338**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for the following:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required pre-petition;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Discussions with secured and unsecured creditors pre-petition; Consultations related to class action and
        confession of judgment pre-petition; Consultations related to recovery of property pre-petition; Extensive work
        related to unusual circumstance of no executives; Advising the remaining members of the board related to
        bankruptcy, lawsuits, obligations and liability pre-petition; discussions with department of labor pre-petition;
        Further the Fee Agreement and the fee structure therein between Dilworth Paxson LLC and the Debtor are
        specifically incorporated herein.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, post-petition work with the exception of
        attendance at the meeting of creditors;  judicial lien avoidances, relief from stay actions or any other adversary
        proceeding. Further the Fee Agreement and the fee structure therein between Dilworth Paxson LLC and the
        Debtor are specifically incorporated herein.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August 16, 2023**                                    **/s/ Georgette Miller**
*Date*                                                **Georgette Miller**
                                                      *Signature of Attorney*
                                                      **Dilworth Paxson LLP**
                                                      **1500 Market Street**
                                                      **Suite 3500E**
                                                      **Philadelphia, PA 19102**
                                                      **215-575-7000  Fax: 215-575-7200**
                                                      **gmiller@dilworthlaw.com**
                                                      *Name of law firm*

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **Education Works Inc.**                                            Case No. _____
                                    Debtor(s)          Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Board Chair of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 24, 2023**                          **/s/ Marc Orlow, Esquire**
_____                    _____
                                           **Marc Orlow, Esquire/Interim Board Chair**
                                           Signer/Title

a1 the pros llc
508 Hoffman St
Philadelphia, PA 19148


aaj design
124 N 3rd St
Philadelphia, PA 19106


Aaron Coleman


Aaron Townson
2718 S Sheridan St
Philadelphia, PA 19148


Abigail Torres


Academy of Natural Sciences
1900 Benjamin Franklin Pkwy
Philadelphia, PA 19103


Adrian McGill
524 Wartman St
Philadelphia, PA 19128


Ahmad Shubert


Ahzhay Jackson


Alana Cooper-Russ
500 Chews Landing Road
Clementon, NJ 08021

Alex Hernandez

Alexander Bermudez

Alexis Gonzalez

Ali Martinez

Alijandrina Martinez
4850 D Street
Philadelphia, PA 19120

Allisa Lopez
4801 N 10th Street
Philadelphia, PA 19141

AM trust North America
59 Maiden Lane 42nd Floor
New York, NY 10038

Ameriflex
7 Carnegie Plaza
#200
Cherry Hill, NJ 08003

Amy Derstine
Senior Relationship VP
TD Bank
2005 Market St, 2nd Flr
Philadelphia, PA 19103

Andy Martinez

Angel Layes


Anjanett Reese
1116 E Mt Airy Ave, Apt c7
Philadelphia, PA 19150


Anthony Maldonado


Anthony Odom Jr


Anthony Turner JR


Antoinette Chambliss


Anton Jackson


Antwan Youngbey


apex pizza
298 Levering Mill Rd
Bala Cynwyd, PA 19004


Arthur Gallagher Risk Management
40 W Front St
Media, PA 19063

Arts and Crafts
601 Spring Garden St, stuie 500
Philadelphia, PA 19123


Arts and Crafts
601 Spring Garden St, suite 500
Philadelphia, PA 19123


Asher Robinson


Ashleigh Marshall


AShley Pearsall


Ashly Seawright


B&L janitorial services
915 Spring Garden St
Philadelphia, PA 19123


Basheer Hairston


Bashir Boulton


Beacon Hill Staffing Group
1835 Market St Unit 725
Philadelphia, PA 19103

Bellevue Communications Group
200 S Broad St # 850
Philadelphia, PA 19102


berks county community foundation
237 Court St
Reading, PA 19601


Branden Gordan


brandon watts


Brenda Johnson


Brennan Schmidt


Brian Davis
641 Kerper St
Philadelphia, PA 19111


Briani Buxton


Brianna Bey
1260 Kerper St
Philadelphia, PA 19111


Brianna Lopez Popote

butterfly love consultations llc
225 E City Ave #16
Bala Cynwyd, PA 19004


C2C Resources
1455 Lincoln Pkwy E
Ste 550
Atlanta, GA 30346


Caleb Gravely


cambium carbon pbc
11 Dupont Cir Nw Ste 575
Washington, DC 20036


Camerin Williams
4061 Powelton Ave
Philadelphia, PA 19104


Camiren Williams


Carlos Alvarez


Carmen Nieves-Dorvil


Caseem McNair


Cassius Cohen

cedar advance
2917 Avenue I
Brooklyn, NY 11210


Celeste Peterson
1329 N 60th
Philadelphia, PA 19151


Charlene Newbill


Cheryl McFadden
1504 E Duval Street
Philadelphia, PA 19138


chester county intermediate unit
455 Boot Rd.
Downingtown, PA 19335


Christian Sullivan=Pelzer


Christopher Ocasio Skerrett


Claire Allamby


clay studio address
1425 N American Street
Philadelphia, PA 19122


CloudFund LLC
187 Wolf Rd, Suite 101
Albany, NY 12205

comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103


Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693


Conway Wiltshire


copy products
101 E Township Line Rd
Upper Darby, PA 19082


Cori Campbell
Verizon Business group
6929 N Lakewood Ave
Tulsa, OK 74117


creative marketing alliance
191 Clarksville Rd
Princeton Junction, NJ 08550


crw graphics
9100 Pennsauken Hwy
Pennsauken, NJ 08110


CubeSmart Self Storage
777 Mayfair Street
Philadelphia, PA 19124


curalinc llc
314 W Superior St #601
Chicago, IL 60654

Dahnek Milliner


Dana Griffith
549 E Maryland Street
Philadelphia, PA 19144


Daniel Lawson
731 Manton St
Philadelphia, PA 19147


Daquan Eaddy


Darlell Jones
5322 N Pulaski Ave, Apt B
Philadelphia, PA 19144


Darryl Ford
7912 Michener Avenue
Philadelphia, PA 19150


David Delciotto, Bureau Investigator
Dept Labor & Industry
110 N 8th Street, Suite 203
Philadelphia, PA 19107


David Dickerson
4019 Markland Street
Philadelphia, PA 19124


Dawn Johnsn


dba snelling
111 SPRINGHALL DR
Goose Creek, SC 29445

de lage landen
1111 Old Eagle School Rd
Wayne, PA 19087


Deborah Robinson
2519 S Ashford Street
Philadelphia, PA 19153


Demetrics McGhee


Denzel Johnson


Destiny Lewis
881 N Farson St
Philadelphia, PA 19139


Devin Hamilton
5110 Pulaski Ave
Philadelphia, PA 19144


Devonte Grant


Diana Cortes, City Solicitor
city of philadelphia legal department
1401 J.F.K. Blvd., 5th Floor
Philadelphia, PA 19102-1595


DocuVault
1395 Imperial Way
Paulsboro, NJ 08066


Dominic Speach

Donna Williams-Griffin


Dwayne Graham


dynsasty


Edwin Murchison Jr


Edwom Soler III


Electronic Security Solutions
5115 Campus Drive
Plymouth Meeting, PA 19462


Eli Perez


Elijah Pagan


Ella Combs


enterprise rent a car
600 Corporate Park Drive;
Saint Louis, MO 63105


Erica Kane

Erica Wade
210 N 9th Street
Darby, PA 19023


Ethan Smith
4142 N. Darien St
Philadelphia, PA 19140


Event Morris
7167 Glenloch St
Philadelphia, PA 19135


Fatimah Cahoon


fieldprint inc
12000 Commerce Pkwy #100,
Mount Laurel, NJ 08054


first contact HR
535 West Pennsylvania Ave. Suite 101
Fort Washington, PA 19034


FMA Professional Resources Inc
1494 Old York Rd,
Abington, PA 19001


Frank Rivera


fraser advanced info systems
Three Bala Plaza West
251 St Asaphs Rd Suite 105W
Bala Cynwyd, PA 19004

gallagher benefit services
100 Matsonford Road, Three, Radnor Corpo
Radnor Corporate Center Suite 100,
Wayne, PA 19087


Gentris Jointe


George Dorsey


Geraldy Gomez Urena


Germinha Gabriel
1720 Bleigh Avenue
Philadelphia, PA 19111


Ghandi Powell


Gloria Alexander


great america
4701 Great America Pkwy
Santa Clara, CA 95054


Greater Philadelphia Chamber Commerce
200 South Broad Street Suite 700
Philadelphia, PA 19102


Greg Smith

Gregory DeLozier
417 Fordham Rd
Woodbury Heights, NJ 08097


Hanover Insurance Group
440 Lincoln Street;
Worcester, MA 01653


Haydeelin Martinez De Jesus


heart of the city inc


Hiram Joseph


Ian Ross
297 Horton Road
Newtown Square, PA 19073


Ikia Phelps


Inaya Badie


independence blue cross
1901 Market Street
Philadelphia, PA 19103


infoarmor inc
7350 N Dobson Rd #101
Scottsdale, AZ 85256

ink it digital corporation
836 South St 2nd floor
Philadelphia, PA 19147


irs
po box 7346
Philadelphia, PA 19101


Isaac Roman


Jacqueline Briggs


Jade Fox


Jaguar Patterson


Jahquill Brown-Watson


Jaiden Liggett


Jaleel Harley


Jaleel Williford


James Burke

James Plewes

Jamil Johnson

Jamil Rivers
429 School House Rd
Williamstown, NJ 08094

Jamil Williams
3056 N Swanson St
Philadelphia, PA 19134

Jaribel James
7903 Gilbert Street
Philadelphia, PA 19150

Jasmine Oglesby

Jaydrian Calzadilla

Jazmyn Bladen

Jeffery Woodard

Jeffrey Williams Jr

Jeme Consulting Group
7014 13TH AVENUE, SUITE 202
Brooklyn, NY 11228


Jenae Washington
128 S 54th St Apt B
Philadelphia, PA 19139


Jennifer Cedeno Aquino


Jevon Laguerre


Jewel Scott


John Valdivia Moreno


John White


John Williams
1522 S Patton Street
Philadelphia, PA 19146


Joseph Beideman Jr


Joseph Johnson

Joyce Miller
One Penn Center
1617 JFK Blv #1010
Philadelphia, PA 19103


Julia Hillengas
5128 Larchwood Avenue
Philadelphia, PA 19143


Julius Clark


June Gredic-Almond
1426 S 31st Street
Philadelphia, PA 19146


Justice Goldsmith


Kaityn Spehar
Executive Director
651 Boas St, Rm 1306
Harrisburg, PA 17121


Kalef Jones
4516 N Camac St
Philadelphia, PA 19140


Kasir Spearman


Keanan Flood


Kelly Wilson

Kenya Baldwin
6304 Ogontz Ave
Philadelphia, PA 19141


Kenya Hamilton


Kenzie Bornstein


Keshaun Glover


Kevin Brown
6004 Nassau Road
Philadelphia, PA 19151


Khalil Green


Khaneshia Gredic
1426 S 31st St
Philadelphia, PA 19146


Kimberly Hunter
1906 Foulkrod Place
Philadelphia, PA 19124


KPInterface
477 N Lewis Rd
Unit 210
Royersford, PA 19468


Kristina Way
1222 W Tucker Street
Philadelphia, PA 19133

Labrina Brown
3541 N 19th St
Philadelphia, PA 19140


Larbina Brown


Latif Burnett


Latifah Douglas


Latoria Williams
42 Ashmead Pl
Philadelphia, PA 19144


Latoria Williams-Anderson
7332 Briar Road
Philadelphia, PA 19138


Laura Solomon & Associates
121 Sibley Ave.
Ardmore, PA 19003


Lenfest Enterprises
676 E Swedesford Road, Ste 350B
Wayne, PA 19087


LHH
205 Newbury St., Suite. 303


Lillie Lewis

Linda Pierce


Linton's Managed Service
7979 State Rd.
Philadelphia, PA 19136


Lisa Williams
231 N Paxon St
Philadelphia, PA 19139


Lisair Scott


Mabel Harrell


Marcus Bradford
250 Virginia Ave
folsom, PA 19033


Marcus Mitchell


Marcus Wilson


Margolis Edelstein
170 S Inedependence Mall, W
Curtis Center, Suite 400E
Philadelphia, PA 19106


Mark Williams

Markesha Miler


Marquan Williams


Matthew Woodruff
263 E Meehan Avenue
Philadelphia, PA 19119


Maurice Cosby


Mecca Betrand


Megan Spivey


Melinda Sanchez
2107 Prior Road, Apt E
Wilmington, DE 19809


Micealla Antoine
5726 N Howard Street
Philadelphia, PA 19120


Michael Cappon
206 Station Ave
Glenside, PA 19038


Michael Herrmann
105 E Olive Street
Westville, NJ 08093

Michael Mickens

Miguel Cruz-Ortiz

Mikal Billups

Miles Wilson (Estate of)
c/o Stephanie Tryce
718 E Vernon Road
Philadelphia, PA 19119

Milligan & Co
105 N 22nd st
Philadelphia, PA 19103

Mushyra Wright
212 Wright Avnue
Darby, PA 19023

Myliah Logan

Nadir Bryant-Brown

Nafisa Owens

Nahfees LEvine

Najee Bilaal


Nakeil Green
227 N Paxon St
Philadelphia, PA 19139


Nasir Abdulshaheed


natanjah Harvey


Nathali Raymon


Nekisha Walters
1008 S 48th Street
Philadelphia, PA 19143


New Jersey Department of Labor
1 John Fitch Plaza
Trenton, NJ 08625


New Jersey Office of Attorney General
Richard Hughes Justice Complex
25 Market St
po box 112
Trenton, NJ 08625


niche clinic
548 S 54th St Apt 2
Philadelphia, PA 19143


Omar Colon

One America
103 Carnegie Center Dr # 315
Princeton, NJ 08540


PA Department of Labor
Office of Chief Counsel
10th Floor
651 Boas St
Harrisburg, PA 17121


PA State Collection & Disbursement Unit
po bx 69112
Harrisburg, PA 17106


Pamela Gray


Patricia Hamilton
6719 N 4th St
Philadelphia, PA 19126


Paul Saunders


Paycom Payroll LLC
7501 W. Memorial Rd
Oklahoma City, OK 73142


Pedro Soto


Peta-Gaye Bullock

Peter Elliot
1717 Arch Street
Suite 400
Philadelphia, PA 19103


Peter Winebrake
715 Twining Road, Suite 211
Dresher, PA 19025


Philadelphia Housing Authority Developme
1234 Market Street
Philadelphia, PA 19107


Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176


Philadelphia Outward Bound
3401 Reservoir Drive
Philadelphia, PA 19121


Picasso Contracting
1215 B ST
Wilmington, DE 19801


Picasso Contracting LLC
618 E Durham St
Philadelphia, PA 19119


Pitney Bowes
Global Financial Services LLC
PO Box 371887
Pittsburgh, PA 15250-7874


PPI Benefit Solutions, Inc.
10 Research Pkwy Suite 200
Wallingford, CT 06492

Precious Thompson


Preyton Lambert-Barefield


Quisean Barnes
2207 W Sedgley Ave
Philadelphia, PA 19132


Rashawn Jones


Rasheed Lewis


Rasheedah Roane


ready fresh by nestle
PO Box 856680
Louisville, KY 40285


Reinvestment Fund
1700 Market Street
Philadelphia, PA 19103


Renee Stewart


Renelda Dykes

research for action
100 S Broad St #700
Philadelphia, PA 19110


Richard Amoako
4226 Pine St, Apt 3f
Philadelphia, PA 19104


Richard Lebron


Robin Holloway


Romeo McCloud


Sabria Banks


Sahmir Milliner


salesforce.org
415 Mission Street, 3rd Floor
San Francisco, CA 94105


Sametta Miller


Samir Corbin

SAP Concur
601 108th Ave NE
Ste 1000
Bellevue, WA 98004


Saul Luna



Scott Lasley
4564 Fleming Street
Philadelphia, PA 19128


Selena Martinez



Selena Thoronka



Seliena Gonzalez



Serena Justice-Smith
5724 Warrington Ave
Philadelphia, PA 19143


Seth Henry Delozier



Shakia Harvey



Shakur James

Shamar Mays


Shameea Stewart


Shamir Boddie


Shanaya Shoats


Shane Armstrong


Shaquille McGriff


Sharetta Savage
3838 N Franklin Street
Philadelphia, PA 19140


Shelley Thomas
2101 S College Ave
Apt 319 Mariner Bldg
Philadelphia, PA 19121


Shirah Gist


Siana Jordan-Naji

Smart Payables
12742 E Caley Ave, Suite 2c
Centennial, CO 80111


solar states
1508 N American St
Philadelphia, PA 19122


Soledad Richards


Spencer Osley


spring arts llc
601 Spring Garden St
Philadelphia, PA 19123


Staci Price
314 Evergreen Drive
Newark, DE 19702


Staples
2134 Street Road
Bensalem, PA 19020


Staples Business Advantage
PO Box 70242
Philadelphia, PA 19176-0242


Steven Barrett Esquire
1684 S Broad St, Ste 230
PO BOX 1479
Lansdale, PA 19446


Taliyah Barnes

Tamara Murray


Tarik Brooks
Greenberg Traurig LLP
1717 Arch Street
suite 400
Philadelphia, PA 19103


TD Bank
1701 Marlton Pike E, Suite 200
Cherry Hill, NJ 08034


Terra Allen


Terrick Carson


Thurman Gravely


Tiara Sloan


Tiffaney Waters


Tiffany Hunley
1320 N 27th St
Philadelphia, PA 19121


Tiffany Hunley

Tiffany Jones
811 Pearl St
Camden, NJ 08102


Torjia Karimu


true screen inc
1105 Industrial Blvd
Southampton, PA 18966


Tyheer Smith


Tyjuan Harris


Tylen Douglas


Tyler Stone-Harrington


Tysir Robinson Gary


us attorneys office
615 chestnut street, 12th floor
Philadelphia, PA 19106


us medical staffing inc
1420 Walnut St Suite 1350
Philadelphia, PA 19102

Variece McPherson
4323 N 15th Street
Philadelphia, PA 19140


verizon wireless
1095 Avenue of the Americas
New York, NY 10036


vertical screen
Truescreen Inc
po box 1675
Southampton, PA 18966


Virrencia Kearse


vox net
400 Davis Drive, Ste 400
Plymouth Meeting, PA 19462


Wajeedah Schoefield


Waverly Harris
1122 Angora Dr
Lansdowne, PA 19050


William Austin


William Barrera
1717 Olive Street
Reading, PA 19604


William Ford

William Morrison


Yasmine Montgomery


your part-time controller
1500 Walnut St #1200
Philadelphia, PA 19102


Yvonne Bailey
502 S 2nd Street
Darby, PA 19023


Zachary Mendez


Zadire Frazier


Zaki Bounds
5511 Irving Street
Philadelphia, PA 19139

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Education Works Inc.** _____     Case No. _____
                                    Debtor(s)                Chapter    **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Education Works Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**August 24, 2023** _____         **/s/ Georgette Miller** _____
Date                                                **Georgette Miller PA-86358 Michelle Lee**
                                                    Signature of Attorney or Litigant
                                                    Counsel for   **Education Works Inc.** _____
                                                    **Dilworth Paxson LLP**
                                                    **1500 Market Street**
                                                    **Suite 3500E**
                                                    **Philadelphia, PA 19102**
                                                    **856-323-1100 Fax:856-494-7801**